UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD M. CUZZO,<br><br>   Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI[1],<br><br>   Defendant. | CIVIL ACTION NO. 3:21-CV-00447<br><br>(MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 26th day of August, 2022, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that the Commissioner's decision to deny Cuzzo benefits under Title II of the Social Security Act (*see* Doc. 1, at 3-4) is **VACATED** and the case is **REMANDED** to the Commissioner to fully develop the record, conduct a new administrative hearing, and appropriately evaluate the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to **CLOSE** this case.

                 BY THE COURT:

                 *s/ Karoline Mehalchick*
                 **KAROLINE MEHALCHICK**
                 **Chief United States Magistrate Judge**

---

[1] The Court has amended the caption to replace, as the named defendant, Social Security Commissioner Andrew M. Saul, with his successor, Social Security Commissioner Kilolo Kijakazi. See Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").